1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   SALVATORE SCAVO,                          Case No.  15-cv-01464-RS

              Plaintiff,
8
                                              **CASE MANAGEMENT SCHEDULING**
9       v.                                    **ORDER**

10  METROPOLITAN LIFE INSURANCE
    COMPANY,
11
              Defendant.

12          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

13  Management Conference on July 14, 2015.  After considering the Joint Case Management

14  Statement submitted by the parties and consulting with the attorneys of record for the parties and

15  good cause appearing, IT IS HEREBY ORDERED THAT:

16          1.      ALTERNATIVE DISPUTE RESOLUTION.

17          MEDIATION:  The parties are hereby REFERRED to the court's ADR department for the

18  purpose of engaging in mediation to take place, ideally, within the next 90 days.

19          2.      CROSS-MOTIONS FOR SUMMARY JUDGMENT.

20              a.  On or before November 5, 2015, the parties will exchange cross-motions for

21                  summary judgment.

22              b.  On or before November 19, 2015, the parties will exchange opposition briefs.

23              c.  On or before December 3, 2015, the parties will exchange reply briefs.

24              d.  The parties' cross-motions for summary judgment shall be heard on December 17,

25                  2015, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450

26                  Golden Gate Avenue, San Francisco, California.

27          **IT IS SO ORDERED**.

28

United States District Court
Northern District of California

1   Dated:  July 14, 2015

2

3   RICHARD SEEBORG
   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 15-cv-01464-RS