IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Salvatore Scavo,                                              No. C 15-01464 RS

          Plaintiffs,                                  **STANDBY ORDER OF DISMISSAL**

  vs.

Metropolitan Life Insurance Company,

          Defendants.

_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 16, 2015**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 19, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: October 9, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE