1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   333 Bush Street, 30th Floor
3  San Francisco, CA  94101-2834
   Telephone:    (415) 781-7900
4  Facsimile:    (415) 781-2635

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | SALVATORE SCAVO,                          | Case No. 3:15-cv-01464 RS
13 |              Plaintiff,                   | **STIPULATION AND [PROPOSED]**
   |                                           | **ORDER DISMISSING ACTION WITH**
14 |    v.                                     | **PREJUDICE**
15 | METROPOLITAN LIFE INSURANCE
   | COMPANY,
16 |
   |              Defendant.
17

82278376v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  October 21, 2015     SEDGWICK LLP

By: */s/ Rebecca A. Hull*
Rebecca A. Hull
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and SUTTER HEALTH

DATED:  October 21, 2015     LAW OFFICES OF P. RANDALL NOAH

By: */s/ P. Randall Noah*
P. Randall Noah
Attorneys for Plaintiff
SALVATORE SCAVO

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

DATED:  11/9/15

Honorable Richard Seeborg
United States District Judge